Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY WHITE,<br><br>           Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>           Respondent. | Case No. **CV 06-5149-JFW**<br>          **[CR04-1325(A)-JFW]**<br><br>**JUDGMENT** |

Pursuant to this Court's August 21, 2008 Order denying Petitioner Barry White's motion to vacate, set aside, or correct sentence by a person in federal custody, pursuant to 28 U.S.C. §2255,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated:  August 21, 2008

                                                      JOHN F. WALTER<br>
                                                 UNITED STATES DISTRICT JUDGE

(Rev. 7/6/04)